UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RASAGNYA VISWANADHA and ZIMMER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, UR M. JADDOU, and US CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Cause No. 2:22-CV-14-PPS-JEM

## **ORDER**

Pursuant to 28 U.S.C. § 1406 and N.D. of Ind. L.R. 3-1(b)(2) this case is transferred to the South Bend division.

SO ORDERED.

Entered on January 26, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT